IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE HORAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:22-cv-00782-BP |
| TUTERA GROUP, INC., | ) | |
| TUTERA INVESTMENTS, LLC, | ) | |
| AND TUTERA SENIOR LIVING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Deena B. Jenab of the law firm of Seyferth Blumenthal & Harris LLC, hereby enters her appearance as counsel of record for defendants Tutera Group, Inc., Tutera Investments, LLC, and Tutera Senior Living, LLC in this proceeding.

Respectfully submitted,

*/s/ Deena B. Jenab*
Michael L. Blumenthal, MO Bar #49153
Deena B. Jenab, MO Bar #49666
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: 816-756-0700
Facsimile: 816-756-3700
Email: mike@sbhlaw.com
deena@sbhlaw.com

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed on September 18, 2023, via the court's efiling system which served notice of such filing to the following attorneys of record:

M. Katherine Paulus   MO 60217
CORNERSTONE LAW FIRM
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone:   (816) 581-4040
Facsimile:   (816) 741-8889
Email:        m.paulus@cornerstonefirm.com

ATTORNEYS FOR PLAINTIFF

*/s/ Deena B. Jenab*
ATTORNEY FOR DEFENDANTS