# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| CHRISTINE HORAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:22-CV-00782-BP |
| TUTERA GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Christine Horan and Defendants Tutera Group, Inc., Tutera Investments, LLC, and Tutera Senior Living, LLC, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, with each party to bear her/its own attorneys' fees and costs.

**SO STIPULATED.**

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| CORNERSTONE LAW FIRM | SEYFERTH BLUMENTHAL AND HARRIS LLC |
| | |
| */s/ Katherine L. Cooper* | /s/*Deena Jenab* |
| M. Katherine Paulus    MO #60217 | Michael L. Blumenthal, MO Bar #49153 |
| Katherine L. Cooper    MO #75514 | Deena Jenab, MO Bar #49666 |
| m.paulus@cornerstonefirm.com | 4801 Main Street, Suite 310 |
| k.cooper@cornerstonefirm.com | Kansas City, MO 64112 |
| 5821 NW 72nd Street | Telephone: 816-756-0700 |
| Kansas City, MO 64151 | Facsimile: 816-756-3700 |
| Tel: 816-581-4040 | Email: mike@sbhlaw.com |
| Fax: 816-741-8889 |         deena@sbhlaw.com |
| | |
| **Attorneys For Plaintiff** | **Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 19th day of April, 2024, a true and accurate copy of the foregoing was electronically sent via email.

Michael L. Blumenthal, MO Bar #49153
Deena Jenab, MO Bar #49666
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: 816-756-0700
Facsimile: 816-756-3700
Email: mike@sbhlaw.com
   deena@sbhlaw.com

ATTORNEYS FOR RESPONDENTS


John Vering, Esq.
Sigfried & Bingham, P.C.
2323 Grand Blvd.
Suite #100
Kansas City, MO 64108

ABRITRATOR

             /s/ Katherine L. Cooper
             *Attorney for Plaintiff*