IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHRISTINE HORAN., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 22-00782-CV-W-BP |
| TUTERA GROUP, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 19th day of April 2024, a Stipulated Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice against Defendants Tutera Group, Inc., Tutera Investments, LLC, and Tutera Senior Living, LLC. Each party to bear their own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
/s/ **Shauna Murphy-Carr**
Deputy Clerk

Date: April 24, 2024